# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-19-00123-CV

**Joseph O. Lopez**

**v.**

**The City of El Paso**

(No. 2018DCV1047 IN COUNTY COURT AT LAW NO 6 OF EL PASO COUNTY)

| Type of Fee | Charges | Paid | By |
|-------------|---------|------|-----|
| MOTION FEE | $10.00 | E-PAID | ISBELL  MACHUCA |
| MOTION FEE | $10.00 | E-PAID | ISBELL  MACHUCA |
| MOTION FEE | $10.00 | E-PAID | ISBELL  MACHUCA |
| FILING | $205.00 | PAID | JOSHUA C. SPENCER |
| CLERK'S RECORD | $31.00 | UNKNOWN | |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, ELIZABETH G. FLORES, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this March 12, 2021.

Elizabeth G. Flores, Clerk

*Elizabeth G. Flores*